

**FILED**
MAY 0 4 2006
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: )
) Case No. 98-31243TC
Fisherman Investors Ltd. ) 98-31242TC
Patane Fisherman Inc )
) Chapter 7
)
Debtor ) **ORDER TO PAY UNCLAIMED FUNDS**
)

It appearing that the check(s) made payable to <u>Robert Patane</u> in the total amount of <u>$429.15</u> was not cashed within the 90 day limit and an unclaimed money report was entered on <u>January 3, 2006</u> to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that <u>Robert Patane</u> is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of <u>$429.15</u> to the order of <u>Robert Patane, 207 Newcastle Court, Redwood City, CA 94061</u>.

Dated MAY 0 4 2006

_____
UNITED STATES BANKRUPTCY JUDGE

April 18, 2006

U.S. Bankruptcy Court
Case Number 98-3143/ 98-3142
RE: Fisherman Investors LTD
    Patane Fisherman Inc.

Amount of Money due $429.15 Make check payable to Robert Patane

Attention: Toni Taylor, Finance and Administrative Services Specialist

Dear Ms. Taylor,

I am in receipt of your letter dated April 13, 2006, regarding my aforementioned claim. I understand that according to my letter of February 14, 2006 you cannot send my check to my address. I would like to point out that my letter of February 14, 2006 contains a typographical error and it should read, **" I am requesting** that the check be sent to my address at 207 Newcastle Court, Redwood City, CA 94061. Again, the address that the check should be sent to is 207 Newcastle Court, Redwood City, CA 94061. I am sorry for the inconvenience. Thank you for your consideration.

Sincerely,

Robert Patane

February 14, 2006

U.S. Bankruptcy Court
Case Number 983142
RE: Fisherman Investors LTD
    Patane Fisherman Inc.

Amount of Money due $429.15 Make check payable to Robert Patane

My name is Robert Patane and, I have been advised by Mr. Mohamed Poonja, Trustee that a check in the amount of $429.15 was due me from the aforementioned case. Since I have not received this check, I am not requesting that it be sent to my address at 207 Newcastle Court, Redwood City, CA. My phone is 650-365-7004. 94061. I state under penalty of perjury that aforementioned statement is true.

Sincerely,

*[signature]*
Robert Patane

Mohamed Poonja, Trustee
P.O. Box 1510
Los Altos, CA 94023-1510
Telephone: (650) 941-3400



FILED
JAN - 3 2006
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re: Fisherman Investors Ltd
      Patane Fisherman Inc

Debtor(s)

Case No. 98-31243
Case No 98-31242
Chapter 7

NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends as itemized below. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 3F | City Guide, P.O Box 9, Sausalito, CA 94966 | $1,600.00 | $46.88 |
| 66F | Gelati Celeasti, 3300 Powel Street, # 308 Emeryville, CA 94608 | $541.00 | $541.00 |
| 64FB | Standard Coffee Service, P.O. Box 1222, Suisun City, CA 94585 | $196.00 | $196.00 |

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 64FA | Standard Coffee Service, P.O. Box 1222, Suisun City, CA 94585 | $410.00 | $410.00 |
| 62F | Northern California Produce Inc, 48 Longbridge Road, Orinda, CA 94563 | $9,646.20 | $9,646.20 |
| 59F | Utilcorp Energy Solution, 125 Dillmont Drive, Columbus OH 73235 | $4,968.70 | $4,968.70 |
| 51F | Port Stocton, Food Distributors Inc 4343 E Fremont Street, Stockton CA 95215 | $2,984.38 | $2,984.38 |
| 69F | Richard & Judy Patane, c/o Jeremy Katz Esq Carr McClellan4 Embarcadero Center #1120 San Francisco CA 94111 | $27,500 | $805.73 |
| 68F | Bay Cities Quality Foods, C/O Donal Casey | $6,037.75 | $176.90 |

Case: 98-31243   Doc# 75   Filed: 05/04/06   Entered: 05/11/06 14:47:20   Page 4 of 9

| | | | |
|---|---|---|---|
| | Cummins 18 Crow Canyon Court, Suite 390, San Ramon CA 94583 | | |
| 67F | Joe Pucci Sons Seafood, 678 Third Street, Oakland, CA 94607 | $1.245.29 | $36.49 |
| 48F | RB Produce 4400 Sunlight Court, Concord, CA 94518 | $2,559.85 | $75.00 |
| 47F | Donald M Hughes Dist, 2185 Old Middlefield Road, Mountain View, CA 94043 | $745.80 | $21.85 |
| 37F | Republic Indemnity Company c/o Bernard L Weiner Esq 17939 Chatsworth Street Suite 179 Granada Hills CA 91344 | $6,856.00 | $200.87 |
| 34F | Uniforms to You P.O. Box 97627, Chicago, IL 60678 | $467.57 | $13.70 |
| 33F | Winw Warehouse Northern California Division 3463 Collins Avenue, Richmond CA 94806 | $7,908.52 | $237.71 |
| 31P | The Money Store Investment Corp c/o Christopher Lee Esq 351 California Street Ste 800 San Francisco CA 94104 | $143,026.73 | $4,190.55 |
| 30F | Southern Wine & Spirits 33321 Dowe Avenue P O Box 5001 Union City CA 94587 | $1,541.80 | $45.17 |
| 28F | Green Leaf Produce Co 1955 Jerrold Avenue San Francisco CA 94124 | $6,524.10 | $191.15 |
| 27P | Robert Patane 207 Newcastle Court Redwood City, CA 94061 | $14,647.11 | $429.15 |
| 55F | Exclusive Fresh Inc 175 Airport Blvd P.O Box 308 El Granada CA 95050 | $15,846.09 | $464.28 |
| 27F | Cal Farm Insurance c/o Nancy Friedhoff VP 1604 Exposition Blvd Sacramento CA 95815 | $15,237.40 | $446.43 |
| 26F | City of Burlingham 501 Primrose Road Burlingham CA 94010 | $510.00 | $14.94 |
| 24F | The Money Store Investment Corp c/o Christopher Lee Esq 351 California Street Ste 800 San Francisco CA 94104 | $100,878.44 | $2,955.65 |

| | | | |
|---|---|---|---|
| 23P | Donald Vadnais P O Box 21053 Castro Valley CA 94546 | $8,450.00 | $247.58 |
| 22P | Farbstein & Blackburn 1820 Gateway Drive # 320 San Mateo CA 94404 | $2,090.30 | $61.24 |
| 21P | JARS 630 North San Mateo Drive San Mateo CA 94401 | $5,483.34 | $160.66 |
| 21F | Vinve's Shellfish Co P.O. Box 326 San Bruno CA 94066-0326 | $17,438.13 | $510.92 |
| 20F | Pioneer Liquid Transport PO Box 1097 San Jose CA 95108 | $613.50 | $17.97 |
| 19P | Palo Alto Egg & Food 2485 Charleston Road Mountain View CA 94043 | $3,204.32 | $93.88 |
| 16P | Regal Wine Compant c/o George Ballard P.O Box 788 | $1,858.03 | $54.44 |
| 15P | Richard Patane, c/o Jeremy Katz Esq Carr McClellan 4 Embarcadero Center #1120 San Francisco CA 94111 | $20,000 | $585.98 |
| 14P | First USA Bank P.O Box 149265 Austin TX 78714-9713 | $1,591.64 | $46.63 |
| 11P | Hy Tech Elevators Service 1117 Grandview Dr So San Francisco CA 94080 | $458.00 | $13.42 |
| 10F | The Stuart Rental Co 430 Tiyama Drive Sunnyvale, CA 94089 | $396.42 | $11.61 |
| | | $ | $ |

Dated: December 27, 2005

_____

MOHAMED POONJA, TRUSTEE

Case: 98-31243   Doc# 75   Filed: 05/04/06   Entered: 05/11/06 14:47:20   Page 6 of 9

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Fisherman Investors LTD
Patane Fisherman Inc
_____
Debtor(s)

) Case No 98-31242
) Chapter 7
)
) **NOTICE OF SERVICE**
)

Notice is hereby given to the court that on (date) 2/14/06, a copy of this application, claiming funds on behalf of creditor Robert Patane, was mailed to the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, P.O. Box 36055, San Francisco, CA 94102.

_____
Petitioner's Signature

Robert Patane
Type or Print Name





# Office of the Clerk
## United States Bankruptcy Court, Northern District of California

MEMORANDUM

RECEIVED
MAY 0 3 2006
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

TO: Jane Galvani, Judicial Assistant

FROM: Toni Taylor, Financial and Administrative Services Specialist

DATE: May 3, 2006

RE: *Court Order for Payment of Unclaimed Dividends*

---

Enclosed is one court order to be signed by the judge authorizing the payment of unclaimed funds. **Please advise the judge** that this claim has been thoroughly reviewed by the Financial Services section for completeness. The supporting documentation is attached. **Please return** the original signed order or certified copy **to my attention** so we can process the vouchers to District Court for payment.

Thank you.

| CASE NO. | DEBTOR | CLAIMANT | AMOUNT |
|---|---|---|---|
| 98-31243 | Fisherman Investors Ltd | Robert Patane | $429.15 |
| 98-31242 | Patane Fisherman Inc | As above | As above |