

FILED
MAY 1 5 2006
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re: ) Case No. 98-31243
) 98-31242
Fisherman Investors Ltd )
Patane Fisherman Inc
) Chapter 7
)
Debtor ) **ORDER TO PAY UNCLAIMED FUNDS**
)

It appearing that the check(s) made payable to <u>Richard Patane</u> in the total amount of <u>$585.98</u> was not cashed within the 90 day limit and an unclaimed money report was entered on <u>January 3, 2006</u> to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that <u>Richard Patane</u> is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of <u>$585.98</u> to the order of <u>Richard Patane, 913 Shakely Lane, Ione, CA 95640.</u>

Dated 5-15-06

UNITED STATES BANKRUPTCY JUDGE

March 24, 2006

U.S. Bankruptcy Curt
Case Number 98-31242
Re: Fisherman Investors LTD
    Patane Fisherman Inc.

Amount of money due: 585.98 , make checks payable to:
Richard Patane
913 Shakely Lane
Ione, CA 95640

My name is Richard Patane and at the time of filing Chapter 7 we lived at 210 Eucalyptus, Hillsborough, CA 94010. Jeremy Katz was my attorney and filed a claim for me and consequently was paid in full; therefore, all the funds are due to me. My present address is 913 Shakely Lane, Ione, CA 95640. My phone number is 916-671-9157. I state under penalty of perjury that the aforementioned statement is true.

Sincerely,

*[signature]*
Richard Patane

Mohamed Poonja, Trustee
P.O. Box 1510
Los Altos, CA 94023-1510
Telephone: (650) 941-3400

**FILED**

JAN - 3 2006


UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| In re: Fisherman Investors Ltd Patane Fisherman Inc  Debtor(s) | Case No. 98-31243 Case No 98-31242 Chapter 7  NOTICE OF UNCLAIMED DIVIDENDS |
|---|---|

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends as itemized below. The name and address of the claimant entitled to the unclaimed dividends are as follows:

| Claim# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 3F | City Guide, P.O Box 9, Sausalito, CA 94966 | $1,600.00 | $46.88 |
| 66F | Gelati Celeasti, 3300 Powel Street, # 308 Emeryville, CA 94608 | $541.00 | $541.00 |
| 64FB | Standard Coffee Service, P.O. Box 1222, Suisun City, CA 94585 | $196.00 | $196.00 |
| 64FA | Standard Coffee Service, P.O. Box 1222, Suisun City, CA 94585 | $410.00 | $410.00 |
| 62F | Northern California Produce Inc, 48 Longbridge Road, Orinda, CA 94563 | $9,646.20 | $9,646.20 |
| 59F | Utilcorp Energy Solution, 125 Dillmont Drive, Columbus OH 73235 | $4,968.70 | $4,968.70 |
| 51F | Port Stocton, Food Distributors Inc 4343 E Fremont Street, Stockton CA 95215 | $2,984.38 | $2,984.38 |
| 69F | Richard & Judy Patane, c/o Jeremy Katz Esq Carr McClellan4 Embarcadero Center #1120 San Francisco CA 94111 | $27,500 | $805.73 |
| 68F | Bay Cities Quality Foods, C/O Donal Casey | $6,037.75 | $176.90 |

|  | | | |
|---|---|---|---|
|  | Cummins 18 Crow Canyon Court, Suite 390, San Ramon CA 94583 | | |
| 67F | Joe Pucci Sons Seafood, 678 Third Street, Oakland, CA 94607 | $1.245.29 | $36.49 |
| 48F | RB Produce 4400 Sunlight Court, Concord, CA 94518 | $2,559.85 | $75.00 |
| 47F | Donald M Hughes Dist, 2185 Old Middlefield Road, Mountain View, CA 94043 | $745.80 | $21.85 |
| 37F | Republic Indemnity Company c/o Bernard L Weiner Esq 17939 Chatsworth Street Suite 179 Granada Hills CA 91344 | $6,856.00 | $200.87 |
| 34F | Uniforms to You P.O. Box 97627, Chicago, IL 60678 | $467.57 | $13.70 |
| 33F | Winw Warehouse Northern California Division 3463 Collins Avenue, Richmond CA 94806 | $7,908.52 | $237.71 |
| 31P | The Money Store Investment Corp c/o Christopher Lee Esq 351 California Street Ste 800 San Francisco CA 94104 | $143,026.73 | $4,190.55 |
| 30F | Southern Wine & Spirits 33321 Dowe Avenue P O Box 5001 Union City CA 94587 | $1,541.80 | $45.17 |
| 28F | Green Leaf Produce Co 1955 Jerrold Avenue San Francisco CA 94124 | $6,524.10 | $191.15 |
| 27P | Robert Patane 207 Newcastle Court Redwood City, CA 94061 | $14,647.11 | $429.15 |
| 55F | Exclusive Fresh Inc 175 Airport Blvd P.O Box 308 El Granada CA 95050 | $15,846.09 | $464.28 |
| 27F | Cal Farm Insurance c/o Nancy Friedhoff VP 1604 Exposition Blvd Sacramento CA 95815 | $15,237.40 | $446.43 |
| 26F | City of Burlingham 501 Primrose Road Burlingham CA 94010 | $510.00 | $14.94 |
| 24F | The Money Store Investment Corp c/o Christopher Lee Esq 351 California Street Ste 800 San Francisco CA 94104 | $100,878.44 | $2,955.65 |

| | | | |
|---|---|---|---|
| 23P | Donald Vadnais P O Box 21053 Castro Valley CA 94546 | $8,450.00 | $247.58 |
| 22P | Farbstein & Blackburn 1820 Gateway Drive # 320 San Mateo CA 94404 | $2,090.30 | $61.24 |
| 21P | JARS 630 North San Mateo Drive San Mateo CA 94401 | $5,483.34 | $160.66 |
| 21F | Vinve's Shellfish Co P.O. Box 326 San Bruno CA 94066-0326 | $17,438.13 | $510.92 |
| 20F | Pioneer Liquid Transport PO Box 1097 San Jose CA 95108 | $613.50 | $17.97 |
| 19P | Palo Alto Egg & Food 2485 Charleston Road Mountain View CA 94043 | $3,204.32 | $93.88 |
| 16P | Regal Wine Compant c/o George Ballard P.O Box 788 | $1,858.03 | $54.44 |
| 15P | Richard Patane, c/o Jeremy Katz Esq Carr McClellan4 Embarcadero Center #1120 San Francisco CA 94111 | $20,000 | $585.98 |
| 14P | First USA Bank P.O Box 149265 Austin TX78714-9713 | $1,591.64 | $46.63 |
| 11P | Hy Tech Elevators Service 1117 Grandview Dr So San Francisco CA 94080 | $458.00 | $13.42 |
| 10F | The Stuart Rental Co 430 Tiyama Drive Sunnyvale, CA 94089 | $396.42 | $11.61 |
| | | $ | $ |

Dated: December 27, 2005

_____                    MOHAMED POONJA, TRUSTEE

Case: 98-31243   Doc# 76   Filed: 05/15/06   Entered: 05/17/06 17:08:05   Page 5 of 8



| | | |
|---|---|---|
| *Creditor:*<br>Richard Patane<br>c/o Jeremy Katz<br>4 Embarcadero Center #1120<br>San Francisco, CA 94111 | **Claim No: 15**<br>*Filed:* 04/15/1999<br>*Entered:* 04/15/1999 | *Status:*<br>*Filed by:* CR<br>*Entered by:*<br>*Modified:* 11/29/2000 |

    Unsecured claimed:    $20000.00
    Secured    claimed:      $0.00
    Priority   claimed:      $0.00
                      Unknown allowed: $0.00
                      Admin allowed:   $0.00
    **Total**    **claimed: $20000.00**    **allowed: $0.00**

*History:*
  15-1    04/15/1999   Claim #15 filed by Richard Patane , total amount claimed: $20000

*Description:*

*Remarks:* (15-1) Converted from BANCAP.

| | | |
|---|---|---|
| *Creditor:*<br>Regal Wine Company | **Claim No: 16**<br>*Filed:* 04/22/1999 | *Status:*<br>*Filed by:* CR |



IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Fisherman Investors LTD )
Pataine, Fisherman Inc ) Case No 98-31242
)
) Chapter 7
)
_____ )
Debtor(s) ) **NOTICE OF SERVICE**
_____ )

Notice is hereby given to the court that on (date) 3-23-06 , a copy of this application, claiming funds on behalf of creditor Richard Pataine, was mailed to the U.S. Attorney for the Northern District of California, 450 Golden Gate Avenue, P.O. Box 36055, San Francisco, CA 94102.

_____
Petitioner's Signature

Richard S Pataine
Type or Print Name